# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL LAW,<br><br>    Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Warden,<br><br>    Respondent. | Case No. EDCV 11-0097-GHK (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9/18/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE